Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHELYN HOLMES, | Case No. 3:10-CV-02222-LAB-POR |
| Plaintiff, | **JOINT REQUEST TO DISMISS WITH PREJUDICE** |
| vs. | |
| CERTEGY PAYMENT RECOVERY SERVICES, INC., | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 14th day of January, 2011

    By: s/Todd M. Friedman
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

    By: s/Jeffrey A. Topor
      Simmonds and Narita
      Attorney for Defendant

Filed electronically on this 14th day of January, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Larry A. Burns
United States District Court
Southern District of California

Honorable Louisa S. Porter
United States District Court
Southern District of California

Jeffrey A. Topor
Simmonds and Narita
Attorney for Defendant

This 14th day of January, 2011.

s/Todd M. Friedman
Todd M. Friedman