# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHELYN HOLMES,<br><br>                Plaintiff,<br>vs.<br><br>CERTEGY PAYMENT RECOVERY SERVICES, INC.,<br><br>                Defendant. | CASE NO. 10CV2222-LAB (POR)<br><br>**ORDER DISMISSING CASE** |

Pursuant to the joint motion of the parties, this case is dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED**.

DATED: April 7, 2011

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge